**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | ALUMAX INC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-0745703 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | ZONA INDUSTRIAL SABANETAS<br>EDIF A1<br>Ponce, PR 00716<br>Number, Street, City, State & ZIP Code | PO BOX 455<br>Mercedita, PR 00715<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Ponce<br>County | **Location of principal assets, if different from principal place of business**<br>ZONA INDUSTRIAL SABANETASEDIF A1 Ponce, PR 00716<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.alumaxpr.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **ALUMAX INC**                                    Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3323__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☒ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District _____ | When _____ | Case number, if known _____ | |

---

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

Debtor    ALUMAX INC
_____
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   __ALUMAX INC_____   Case number (*if known*) _____
    Name

| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ___December 6, 2024___
                     MM / DD / YYYY

**X** /s/   FRANK J JIMENEZ CRUZ_____     FRANK J JIMENEZ CRUZ_____
    Signature of authorized representative of debtor     Printed name

Title    __PRESIDENT_____

**18. Signature of attorney**

**X** /s/ Javier Vilarino_____     Date   ___December 6, 2024___
    Signature of attorney for debtor                           MM / DD / YYYY

Javier Vilarino 223503_____
Printed name

Vilarino and Associates LLC_____
Firm name

PO Box 9022515
San Juan, PR 00902_____
Number, Street, City, State & ZIP Code

Contact phone    (787) 565-9894_____     Email address   jvilarino@vilarinolaw.com_____

223503 PR_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    ALUMAX INC

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 6, 2024    **X** /s/   FRANK J JIMENEZ CRUZ
                                        Signature of individual signing on behalf of debtor

                                     FRANK J JIMENEZ CRUZ
                                     Printed name

                                     PRESIDENT
                                     Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ALUMAX INC |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey St New York, NY 10285-1000 | | Credit card | | | | $13,866.47 |
| Banco Popular de PR PO Box 362708 San Juan, PR 00936-2708 | | | | | | $25,000.00 |
| CEFI 650 Luis Mu?oz Rivera Ave Ste 400 San Juan, PR 00918 | | CEFI - 2 UNIT 2021 FORD TRANSIT CONNECT   2 UNIT 2021 FORD TRANSIT CONNECT | Contingent Unliquidated Disputed | Unknown | $48,099.88 | $0.00 |
| CEFI 650 LUIS MUNOZ RIVERA AVE SUITE 400 San Juan, PR 00918 | | COMMERCIAL EQUIPMENT FINANCE INC (CEFI)   4 UNIT OF ISUZU NPR-XD-2021 | Contingent Unliquidated Disputed | Unknown | $141,037.30 | $0.00 |
| CEFI 650 LUIS MUNIZ RIVERA AVE SUITE 400 San Juan, PR 00918 | | 2 UNIT OF LINDE MODEL HT25T Forklifts 2019 | Contingent Unliquidated Disputed | | | $0.00 |
| Corporation del Fondo del Seguro del Est PO Box 365028 San Juan, PR 00936-5028 | | Insurance | Contingent Unliquidated Disputed | | | $49,711.46 |
| CRIM PO BOX 195387 San Juan, PR 00919-5387 | | | Contingent Unliquidated Disputed | | | $20,497.74 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

| Debtor | ALUMAX INC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Departamento de Hacienda PO BOX 9024140 San Juan, PR 00902-4140 | | TAXES | Contingent Unliquidated Disputed | | | $958,996.07 |
| Departamento de Hacienda PO BOX 9024140 San Juan, PR 00902-4140 | | TAXES | Contingent Unliquidated Disputed | | | $866,287.77 |
| DEPARTAMENTO DEL TRABAJO SECCION DE CONTRIBUCIONES PO BOX 191020 San Juan, PR 00919-1020 | | TAXES | Contingent Unliquidated Disputed | | | $138,429.15 |
| FRANK JIMENEZ PO BOX 455 Mercedita, PR 00715 | | | | | | $430,946.00 |
| GENERATOR POWER SOLUTIONS CORP P O BOX 2068 Aibonito, PR 00705 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Internal Revenue Services Internal Revenue Service Center Austin, TX 73301-0010 | | ORIENTAL BANK ORIENTAL BANK ORIENTAL BANK | Contingent Unliquidated Disputed | Unknown | $0.00 | $0.00 |
| MERCHANT ADVANCE 101 Crawfords Corner Rd Suite 4206 Holmdel, NJ 07733 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Municipio de Ponce P.O. Box 1709 Ponce Ponce, PR 00733 | | PATENTE | Contingent Unliquidated Disputed | | | $5,000.00 |
| Oriental Bank PO BOX 195115 San Juan, PR 00919-5115 | | CREDIT LINE | | | | $25,000.00 |
| Oriental Bank PO BOX 195115 San Juan, PR 00919-5115 | | 2 UNITS 2019 HYUNDAY SANTA FE | Contingent Unliquidated Disputed | $8,000.00 | $13,066.00 | $2,934.00 |
| POPULAR LEASING PO Box 362708 San Juan, PR 00936-2708 | | | | | | $66,830.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor   ALUMAX INC                                              Case number *(if known)*
         _____                               _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PRIDCO PO BOX 362350 San Juan, PR 00936 | | Rental | | | | $45,470.07 |
| US SMALL BUSINESS ADMINISTRATION COMMERCIAL LOAN SERVICING CENTER 2120 Riverfront Dr Ste 100 Little Rock, AR 72202-1794 | | ORIENTAL BANK ORIENTAL BANK ORIENTAL BANK RECEIVABLES AS OF 11/30/2024 | Contingent Unliquidated Disputed | $292,000.00 | $35,209.25 | $256,790.75 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    ALUMAX INC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    _____

☐ Check if this is an
    amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................    $          0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................    $      416,851.67

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................................    $      416,851.67

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      308,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $      1,097,425.22

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      1,548,609.51

4.    **Total liabilities** ........................................................................................................................
     Lines 2 + 3a + 3b             $      2,954,034.73

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___ALUMAX INC_____

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO, SAN JUAN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ORIENTAL BANK | Checking | 4084 | $0.00 |
| 3.2. | ORIENTAL BANK | Checking | 5859 | $0.00 |
| 3.3. | ORIENTAL BANK | Checking | 9274 | $0.00 |
| 3.4. | BANCO POPULAR | Checking | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  ALUMAX INC
_____
Name

Case number *(If known)* _____

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | COMPANIA DE FOMENTO INDUSTRIAL DE PR (PRIDCO) RENTAL AGREEMENT | $9,572.16 |
| 7.2. | COMMERCIAL EQUIPMENT FINANCE INC (CEFI) | $5,057.30 |
| 7.3. | CEFI - 2 UNIT 2021 FORD TRANSIT CONNECT | $2,271.88 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $16,901.34

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:   _____35,209.25_____ - _____0.00_____ = .... _____$35,209.25_____
                            face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

   $35,209.25

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** SEE EXHIBIT | 10/31/2024 | $56,332.38 | Revenue based | $56,332.38 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    ALUMAX INC
          _____          Case number *(If known)* _____
          Name

23.   **Total of Part 5.**                                                          | $56,332.38 |

      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No.   Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.   Go to Part 8.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> SEE EXHIBIT | $4,130.00 | Liquidation | $4,130.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                          | $4,130.00 |

      Add lines 39 through 42.   Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☒ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    ALUMAX INC           Case number *(If known)* _____
          Name

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 4 UNIT OF ISUZU NPR-XD-2021 | $135,980.00 | Replacement | $135,980.00 |
| 47.2. | 2 UNIT 2021 FORD TRANSIT CONNECT | $0.00 | Replacement | $45,828.00 |
| 47.3. | 2 UNITS 2019 HYUNDAY SANTA FE | $0.00 | | $13,066.00 |
| 47.4. | HUYNDAY ELANTRA 2018 | $0.00 | | $6,995.00 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Kohler SN- 110kVA Diesel Generator | $0.00 | Replacement | $15,000.00 |
| SEE EXHIBIT | $0.00 | Liquidation | $87,409.70 |

**51.**    **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| |
|---|
| $304,278.70 |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   ALUMAX INC
_____
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,901.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,209.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $56,332.38 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,130.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $304,278.70 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $416,851.67 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $416,851.67 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    ALUMAX INC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | CEFI | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | |
| | 650 Luis Mu?oz Rivera Ave Ste 400 San Juan, PR 00918 | CEFI - 2 UNIT 2021 FORD TRANSIT CONNECT;   2 UNIT 2021 FORD TRANSIT CONNECT | |
| | Creditor's mailing address | **Describe the lien** Auto Loan | |
| | | **Is the creditor an insider or related party?** ☒ No  ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No  ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | |
| | **Date debt was incurred** 7/15/2021 **Last 4 digits of account number** 78L4 | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check that all apply ☒ Contingent ☒ Unliquidated ☒ Disputed | |

For row 2.1: Amount of claim — **Unknown**; Value of collateral — **$48,099.88**

| 2.2 | CEFI | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | |
| | 650 LUIS MUNOZ RIVERA AVE SUITE 400 San Juan, PR 00918 | COMMERCIAL EQUIPMENT FINANCE INC (CEFI) ; 4 UNIT OF ISUZU NPR-XD-2021 | |
| | Creditor's mailing address | **Describe the lien** Auto Loan | |
| | | **Is the creditor an insider or related party?** ☒ No  ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No  ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | |
| | **Date debt was incurred** 1/15/2022 **Last 4 digits of account number** 78L5 | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☒ Contingent ☒ Unliquidated ☒ Disputed | |

For row 2.2: Amount of claim — **Unknown**; Value of collateral — **$141,037.30**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  __ALUMAX INC_____  Case number (if known) _____
Name

---

| 2.3 | Internal Revenue Services | | Unknown | $0.00 |

Creditor's Name

Internal Revenue Service
Center
Austin, TX 73301-0010

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
ORIENTAL BANK; ORIENTAL BANK;
ORIENTAL BANK

**Describe the lien**
Taxes / penalties

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.4 | Oriental Bank | | $8,000.00 | $13,066.00 |

Creditor's Name

PO BOX 195115
San Juan, PR 00919-5115

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2 UNITS 2019 HYUNDAY SANTA FE

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Oriental Bank

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.5 | Oriental Bank | | $8,000.00 | $13,066.00 |

Creditor's Name

PO BOX 195115
San Juan, PR 00919-5115

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2 UNITS 2019 HYUNDAY SANTA FE

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | ALUMAX INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.6 | US SMALL BUSINESS ADMINISTRATION | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $292,000.00 | $35,209.25 |
| | COMMERCIAL LOAN SERVICING CENTER 2120 Riverfront Dr Ste 100 Little Rock, AR 72202-1794 | ORIENTAL BANK; ORIENTAL BANK; ORIENTAL BANK; RECEIVABLES AS OF 11/30/2024 | | |
| | Creditor's mailing address | | | |

**Describe the lien**
DISASTER LOAN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
PEND VERIFICAR
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $308,000.00 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| JUAN CARLOS FORTUNO FAS PO BOX 3908 Guaynabo, PR 00970 | Line  2.2 | |

---

**Fill in this information to identify the case:**

Debtor name    ALUMAX INC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Departamento de Hacienda<br>PO BOX 9024140<br>San Juan, PR 00902-4140 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $958,996.07 | $958,996.07 |
| | Date or dates debt was incurred | Basis for the claim:<br>TAXES | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>DEPARTAMENTO DEL TRABAJO<br>SECCION DE CONTRIBUCIONES<br>PO BOX 191020<br>San Juan, PR 00919-1020 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | $138,429.15 | $138,429.15 |
| | Date or dates debt was incurred | Basis for the claim:<br>TAXES | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>American Express<br>200 Vesey St<br>New York, NY 10285-1000<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _Credit card_<br>Is the claim subject to offset? ☒ No   ☐ Yes | $13,866.47 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **ALUMAX INC**

Name

Case number (*if known*) _____

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | Banco Popular de PR | | |
| | PO Box 362708 | ☐ Contingent | |
| | San Juan, PR 00936-2708 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | CEFI | | |
| | 650 LUIS MUNIZ RIVERA AVE | ☒ Contingent | |
| | SUITE 400 | ☒ Unliquidated | |
| | San Juan, PR 00918 | ☒ Disputed | |
| | **Date(s) debt was incurred** _2/25/2021_ | **Basis for the claim:** _2 UNIT OF LINDE MODEL HT25T Forklifts 2019_ | |
| | **Last 4 digits of account number** _8CL3_ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49,711.46 |
|---|---|---|---|
| | Corporation del Fondo del Seguro del Est | | |
| | PO Box 365028 | ☒ Contingent | |
| | San Juan, PR 00936-5028 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _2022_ | **Basis for the claim:** _Insurance_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,497.74 |
|---|---|---|---|
| | CRIM | | |
| | PO BOX 195387 | ☒ Contingent | |
| | San Juan, PR 00919-5387 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $866,287.77 |
|---|---|---|---|
| | Departamento de Hacienda | | |
| | PO BOX 9024140 | ☒ Contingent | |
| | San Juan, PR 00902-4140 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _TAXES_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | FRANCEL | | |
| | PO BOX 1052 | ☐ Contingent | |
| | Anasco, PR 00610 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $430,946.00 |
|---|---|---|---|
| | FRANK JIMENEZ | | |
| | PO BOX 455 | ☐ Contingent | |
| | Mercedita, PR 00715 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | GENERATOR POWER SOLUTIONS CORP | | |
| | P O BOX 2068 | ☒ Contingent | |
| | Aibonito, PR 00705 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _2021_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _2400_ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| Debtor | ALUMAX INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
MERCHANT ADVANCE
101 Crawfords Corner Rd
Suite 4206
Holmdel, NJ 07733

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 3/19/2021

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
MUNICIPIO ANASCO
PO BOX 1385

Anasco, PR 00610-1385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** NOTICE ONLY

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00
Municipio de Ponce
P.O. Box 1709 Ponce
Ponce, PR 00733

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** PATENTE

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
MUNICIPIO SAN SEBASTIAN
P.O. Box 1603
San Sebastian, PR 00685

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** NOTICE ONLY

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00
Oriental Bank
PO BOX 195115
San Juan, PR 00919-5115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** CREDIT LINE

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,830.00
POPULAR LEASING
PO Box 362708
San Juan, PR 00936-2708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/14/2023

**Basis for the claim:** _

**Last 4 digits of account number** 0496

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,470.07
PRIDCO
PO BOX 362350
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rental

**Last 4 digits of account number** 0019

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Debtor    ALUMAX INC
          Name

Case number *(if known)* _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,097,425.22 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,548,609.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,646,034.73 |

**Fill in this information to identify the case:**

Debtor name ___ALUMAX INC___

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO, SAN JUAN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | 2 UNIT OF LINDE MODEL HT25T Forklifts 2019, MONTHLY RENT $1,324.39, BEGGINING 2/25/2021 TO 3/1/2026 | |
| State the term remaining | | CEFI 650 LUIS MUNIZ RIVERA AVE SUITE 400 Mercedita, PR 00715 |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | LEASING EFECTIVE ON 9/14/2023 FOR 65 MONTHS WITH $1,154.27 MONTHLY PAYMENT 2023 FORD F150 | |
| State the term remaining | 4 YEARS | |
| List the contract number of any government contract | | Popular Auto, LLC PO Box 70370 San Juan, PR 00936 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL RENTAL AGREEMENT   WITH A MONTHLY PAYMENT OF $3,323.67 TO 12/2027. FROM 1/2028 TO 1/2033 MONTHLY PAYMENT OF $3,751.00 | |
| State the term remaining | 8 YEARS | |
| List the contract number of any government contract | T-1416-0-87-01 | PRIDCO PO BOX 362350 San Juan, PR 00936-2350 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___ALUMAX INC___

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO, SAN JUAN DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  FRANK JIMENEZ | PO BOX 455<br>Mercedita, PR 00715 | CEFI | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  FRANK JIMENEZ | PO BOX 455<br>Mercedita, PR 00715 | CEFI | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3  FRANK JIMENEZ | PO BOX 455<br>Mercedita, PR 00715 | CEFI | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    ALUMAX INC

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 07/01/2023 to 06/30/2024 | ☒ Operating a business<br><br>☐ Other _____ | $741,353.00 |
| For year before that:<br>From 07/01/2022 to 06/30/2023 | ☒ Operating a business<br><br>☐ Other _____ | $1,294,692.00 |
| For the fiscal year:<br>From 07/01/2021 to 06/30/2022 | ☒ Operating a business<br><br>☐ Other _____ | $1,719,120.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | ALUMAX INC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. FRANK JIMENEZ<br><br>SHAREHOLDER | FALTA INFO SI 2024 HA RECIBIDO PAGOS | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. COMMERCIAL EQUIPMENT FINANCE, INC.<br>VS.<br>ALUMAX, INC., Y FRANK JOEL JIMENEZ CRUZ<br>CIVIL N?M. SS2024CV00826 | Collection | SALA SUPERIOR DE SAN SEBASTIAN | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. IRS | Collection | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    

Debtor   ALUMAX INC _____   Case number *(if known)* _____

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Vilarino & Associates<br>PO BOX 9022515<br>San Juan, PR 00902-2515 | RETAINER | 11/22/2024 | $10,000.00 |
| | Email or website address<br>www.vilarinolaw.com | | | |
| | Who made the payment, if not debtor?<br>DEBTOR | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | ALUMAX INC | Case number *(if known)* | |
|---|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | ZONA INDUSTRIAL PAMPANOS Ponce, PR 00717 | 2017 TO DECEMBER 2022 |

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   ALUMAX INC          Case number *(if known)* _____

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

| Debtor | ALUMAX INC | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. CPA MIGUEL A. SOTO LOPEZ PO BOX 3711 | 2020 TO 2024 |
| Aguadilla, PR 00605-3711 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. CPA MIGUEL A. SOTO LOPEZ PO BOX 3711 Aguadilla, PR 00605 | 2020 TO 2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. CEFI 650 LUIS MUNIZ RIVERA AVE SUITE 400 Mercedita, PR |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| FRANK JIMENEZ | | PRESIDENT | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | ALUMAX INC | Case number *(if known)* | |

loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      December 6, 2024

/s/   FRANK J JIMENEZ CRUZ                    FRANK J JIMENEZ CRUZ
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re   ALUMAX INC                                                    Case No.
                                    Debtor(s)                        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 6, 2024                    Signature   /s/  FRANK J JIMENEZ CRUZ
                                                       FRANK J JIMENEZ CRUZ

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

In re    ALUMAX INC                                                    Case No. _____

                                    Debtor(s)              Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

   For legal services, I have agreed to accept ...........................................................    $  _____

   Prior to the filing of this statement I have received .........................................    $  _____

   Balance Due .........................................................................................................    $  _____

☒  **RETAINER**

   For legal services, I have agreed to accept and received a retainer of...........................    $        10,000.00

   The undersigned shall bill against the retainer at an hourly rate of...............................    $           350.00
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ☒ Debtor      ☐  Other (specify):

3.  The source of compensation to be paid to me is:

   ☒ Debtor      ☐  Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   [Other provisions as needed]
        In return for the above-disclosed fee, we have also agreed to render the following legal services:
        a. Meet with the debtor to review the debtor's debts, assets, liabilities, income, and expenses.
        b. Explain to the debtor how the attorney's fees and trustee's fees are paid and provide an executed copy of this document to the debtor.
        c. Advise the debtor of the requirement to attend the ? 341 Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.
        d. Advise the debtor of the need to file any due tax returns prior to the ? 341 Meeting of Creditors. e. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.
        f. Timely prepare and file the debtor's petition, statements and schedules.
        g. Appear at the ? 341 Meeting of Creditors with the debtor. h. Prepare, file, and serve necessary amended statements and schedules, in accordance with information provided by the debtor.
        i. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor.
        j. Represent the debtor in motions for relief from stay and motions to dismiss.
        k. Provide such other legal services as are necessary for the administration of the present case before the bankruptcy court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        This agreement does not contemplate any work in local state courts, administrative courts, or any other forum other than the Bankruptcy Court. Adversary proceedings and appeals are also outside the scope of agreement with the debtor(s).

In re    <u>ALUMAX INC</u>                  Case No. <u>                          </u>

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| <u>December 6, 2024</u> | <u>/s/ Javier Vilarino</u> |
| *Date* | Javier Vilarino 223503 |
| | *Signature of Attorney* |
| | Vilarino and Associates LLC |
| | PO Box 9022515 |
| | San Juan, PR 00902 |
| | (787) 565-9894   Fax: |
| | <u>jvilarino@vilarinolaw.com</u> |
| | *Name of law firm* |

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

In re ___ALUMAX INC_____   Case No. _____

_____ Debtor(s)   Chapter ___11_____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___December 6, 2024_____        /s/  FRANK J JIMENEZ CRUZ_____
                                                                           FRANK J JIMENEZ CRUZ/PRESIDENT
                                                                           Signer/Title

```
American Express
200 Vesey St
New York, NY 10285-1000


Banco Popular de PR
PO Box 362708
San Juan, PR 00936-2708


CEFI
650 Luis Muñoz Rivera Ave
Ste 400
San Juan, PR 00918


CEFI
650 LUIS MUNOZ RIVERA AVE
SUITE 400
San Juan, PR 00918


CEFI
650 LUIS MUNIZ RIVERA AVE
SUITE 400
San Juan, PR 00918


CEFI
650 LUIS MUNIZ RIVERA AVE
SUITE 400
Mercedita, PR 00715


Corporation del Fondo del Seguro del Est
PO Box 365028
San Juan, PR 00936-5028


CRIM
PO BOX 195387
San Juan, PR 00919-5387


Departamento de Hacienda
PO BOX 9024140
San Juan, PR 00902-4140


Departamento de Hacienda
PO BOX 9024140
San Juan, PR 00902-4140


DEPARTAMENTO DEL TRABAJO
SECCION DE CONTRIBUCIONES
PO BOX 191020
San Juan, PR 00919-1020


FRANCEL
PO BOX 1052
Anasco, PR 00610


FRANK JIMENEZ
PO BOX 455
Mercedita, PR 00715
```

```
FRANK JIMENEZ
PO BOX 455
Mercedita, PR 00715


GENERATOR POWER SOLUTIONS CORP
P O BOX 2068
Aibonito, PR 00705


Internal Revenue Services
Internal Revenue Service Center
Austin, TX 73301-0010


JUAN CARLOS FORTUNO FAS
PO BOX 3908
Guaynabo, PR 00970


MERCHANT ADVANCE
101 Crawfords Corner Rd
Suite 4206
Holmdel, NJ 07733


MUNICIPIO ANASCO
PO BOX 1385
Anasco, PR 00610-1385


Municipio de Ponce
P.O. Box 1709 Ponce
Ponce, PR 00733


MUNICIPIO SAN SEBASTIAN
P.O. Box 1603
San Sebastian, PR 00685


Oriental Bank
PO BOX 195115
San Juan, PR 00919-5115


Oriental Bank
PO BOX 195115
San Juan, PR 00919-5115


Oriental Bank
PO BOX 195115
San Juan, PR 00919-5115


Popular Auto, LLC
PO Box 70370
San Juan, PR 00936


POPULAR LEASING
PO Box 362708
San Juan, PR 00936-2708


PRIDCO
PO BOX 362350
San Juan, PR 00936
```

```
PRIDCO
PO BOX 362350
San Juan, PR 00936-2350


US SMALL BUSINESS ADMINISTRATION
COMMERCIAL LOAN SERVICING CENTER 2120 Ri
Little Rock, AR 72202-1794
```

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re    ALUMAX INC
_____    Case No. _____
                            Debtor(s)         Chapter    11
_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    ALUMAX INC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 6, 2024
_____
Date

/s/ Javier Vilarino
_____
Javier Vilarino 223503
Signature of Attorney or Litigant
Counsel for    ALUMAX INC
_____
Vilarino and Associates LLC
PO Box 9022515
San Juan, PR 00902
(787) 565-9894  Fax:
jvilarino@vilarinolaw.com